AUSA: Benjamin M. Burkett

# 23 MAG 7337

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAREEM BROWN,<br>　a/k/a "Reem,"<br>　a/k/a "Peter Parker,"<br>　a/k/a "Wolverine,"<br>　a/k/a "Johnny Storm," and<br>DAVON HINDS,<br><br>　　　　　　　　　　Defendants. | **SEALED COMPLAINT**<br><br>Violation of 18 U.S.C. § 371<br><br>COUNTY OF OFFENSE:<br>NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

　　　　LEIGH MESSETT, being duly sworn, deposes and says that she is a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and charges as follows:

## COUNT ONE
### (Conspiracy to Commit Theft of Mail and Receipt of Stolen Mail)

　　　　1.　　In or about June 2023, in the Southern District of New York and elsewhere, KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," and DAVON HINDS, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit offenses against the United States, to wit, theft and receipt of stolen mail matter, in violation of Title 18, United States Code, Section 1708.

　　　　2.　　It was a part and an object of the conspiracy that KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," and DAVON HINDS, the defendants, and others known and unknown, would and did knowingly steal, take, and abstract, and by fraud and deception obtain, and attempt so to obtain, from and out of mail, post offices, and stations thereof, letter boxes, mail receptacles, and mail routes and other authorized depositories for mail matter, and from letters and mail carriers, letters, postal cards, packages, bags, and mail, and would and did abstract and remove from such letters, packages, bags, and mail, articles and things contained therein, and would and did secrete, embezzle, and destroy such letters, postal cards, packages, bags, and mail, and articles and things contained therein, and stole, took, and abstracted, and by fraud and deception obtained letters, postal cards, packages, bags, and mail, and articles and things contained therein which had been left for collection upon and adjacent to collection boxes and other authorized depositories of mail matter, and would and did buy, receive, and conceal, and unlawfully have in their possession, letters, postal cards, packages, bags, and mail, and articles and things contained therein, which had been so stolen, taken, embezzled, and abstracted, knowing the same to have been stolen, taken, embezzled, and abstracted, to wit, BROWN and HINDS agreed to participate and participated in a scheme that involved, among other

things, stealing mail from mailboxes located in New York, New York, and possessing stolen mail, in violation of Title 18, United States Code, Section 1708.

## Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about June 3 and 4, 2023, KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant, directed DAVON HINDS, the defendant, through a series of text messages, to meet with another co-conspirator (CC-1") and steal mail and attempt to steal mail from United States Postal Service ("USPS") mailboxes in New York, New York.

   b. On or about June 25, 2023, BROWN paid HINDS approximately $40 or $50 in exchange for HINDS giving CC-1 approximately $10 in cash and watching CC-1 as CC-1 approached a USPS mailbox located in the vicinity of Madison Avenue and East 79th Street in New York, New York (the "Madison Collection Box") and attempted to steal mail from the Madison Collection Box, on or about June 26, 2023.

   c. On or about June 26, 2023, HINDS stood across the street and kept lookout as CC-1 opened the door of the Madison Collection Box and reached inside the Madison Collection Box.

   d. On or about June 26, 2023, CC-1 drove a bicycle (the "Bicycle"), with a green bag hanging from its handlebars. The green bag contained, among other things, approximately eleven pieces of stolen mail.

(Title 18, United States Code, Section 371.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4. I am a United States Postal Inspector, and I have been personally involved in the investigation of this matter. My duties and responsibilities include the investigation of mail theft, robbery, bank and wire fraud, and related crimes. I base this affidavit on that experience and my training, on my conversations with other law enforcement officials, and on my examination of various reports, records, and recordings. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. Based on my training and experience with the USPIS, I have learned the following:

   a. A "collection box" is a blue lockable receptacle in which individuals may deposit mail to be sent via the USPS and from which USPS carriers pick up such mail using an arrow key, described below.

b. An "arrow lock key" or an "arrow key" is a distinctively shaped USPS key used by mail carriers to open mail-receiving receptacles such as a collection box. Only certain persons are authorized to possess USPS arrow keys.

### DAVON HINDS Possessed Stolen Mail and Attempted to Steal Mail on or about June 26, 2023

6. Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of surveillance video, I have learned, among other things, the following:

a. As captured by surveillance video from the vicinity of Madison Avenue and East 79th Street in New York, New York, on or about June 26, 2023, at approximately 2:15 a.m., an individual later identified as DAVON HINDS, the defendant, while riding what appears to be a push-scooter the ("Scooter"), approached the Madison Collection Box. HINDS was accompanied by CC-1, who was riding the Bicycle.

b. As captured by surveillance video, CC-1 dismounted the Bicycle and walked up to the Madison Collection Box. HINDS moved across the street where he remained while CC-1 opened and reached inside the Madison Collection Box.

c. Also on or about June 26, 2023, at approximately 2:15 a.m., officers of the New York City Police Department ("NYPD") (the "NYPD Officers") were in an unmarked car in the vicinity of Madison Avenue and East 79th Street in New York, New York. The NYPD Officers observed CC-1 near the Madison Collection Box; that the Madison Collection Box's door was open; that CC-1 was reaching inside the Madison Collection Box; and that HINDS was standing across the street in a way that indicated to the NYPD Officers, based on their training and experience, that HINDS was acting as a "lookout."

d. The NYPD Officers exited the unmarked car and approached CC-1. CC-1 fled, leaving an arrow key in the keyhole of the Madison Collection Box and leaving behind the Bicycle. The NYPD Officers pursued CC-1, and CC-1 was placed under arrest. HINDS also was placed under arrest.

e. A security officer employed by a nearby bank recovered the arrow key from the Madison Collection Box's keyhole and handed it to the NYPD Officers.

f. The NYPD Officers approached the Bicycle, where they found a green bag hanging on one of the Bicycle's handlebars. The green bag contained, among other things, approximately eleven pieces of mail, none of which was addressed to or from HINDS or CC-1.

7. I know from my training and experience that the approximately eleven pieces of mail that were recovered from the green bag hanging on the Bicycle's handlebar were unprocessed outgoing mail because this mail lacked certain markings, including cancellation or processing markings and USPS bar codes, typically applied to outgoing mail received by USPS for distribution, as part of USPS's distribution process. I therefore believe that the approximately eleven pieces of mail that were recovered from the green bag hanging on the Bicycle's handlebar were stolen.

DAVON HINDS's Post-Arrest Interview

8. Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of an audio recording of a post-arrest interview of DAVON HINDS, the defendant, that was conducted on or about June 26, 2023, I have learned, among other things, the following:

a. Following his arrest on or about June 26, 2023, HINDS was taken to USPIS facilities where he agreed to speak with me and other law enforcement officers. HINDS was read his *Miranda* rights, which HINDS waived.

b. As reflected in an audio recording of HINDS's post-arrest interview, HINDS told me and another law enforcement officer, in substance and in part, that:

i. On or about June 25, 2023, at approximately 4:00,[1] an individual ("Messenger-1") contacted HINDS via an instant messaging application.[2]

ii. Messenger-1 paid HINDS approximately $40 or $50, via a mobile payment platform ("Mobile Payment Platform-1"), to give CC-1 approximately $10 in cash and to stand on the corner and watch CC-1 as he approached the Collection Box on or about June 26, 2023.[3]

iii. Messenger-1's username with respect to Mobile Payment Platform-1 is "Peter Parker 1988."[4]

---

[1] HINDS did not indicate whether he was referring to 4:00 a.m. or 4:00 p.m.

[2] HINDS said, in substance and in part, that this was the first time he had communicated with Messenger-1 and that Messenger-1 had reached out to HINDS randomly through what HINDS assumed was a spam message.

[3] HINDS claimed, in substance and in part, that he did not, in fact, look at or watch CC-1. HINDS also repeatedly claimed that he (*i.e.*, HINDS) never had the arrow key.

[4] HINDS originally said, in substance and in part, that Messenger-1 and the individual who paid him via Mobile Payment Platform-1 (*i.e.*, "Peter Parker 1988") were not the same person. HINDS also identified an individual nicknamed "Wolverine" who HINDS said he had met in person and who HINDS indicated was involved in having people "watch out" at mailboxes. HINDS later clarified that Messenger-1, Peter Parker 1988, and Wolverine all were the same person (herein referred to as Messenger-1).

Based on my participation in this investigation and my own research, I know that "Peter Parker" is the name of the fictional Marvel Comics superhero Spider-Man. "Wolverine" is the name of a fictional character appearing primarily in Marvel Comics's X-Men.

     iv.  HINDS had been on the phone with his "brother" when CC-1 was arrested. HINDS told his "brother," in substance and in part, that a man that HINDS knew was doing something at the Collection Box and got caught up.

   c.  As reflected in an audio recording of HINDS's post-arrest interview, HINDS provided a particular phone number for Messenger-1 ("Messenger-1's Phone Number").

Identifying Information Concerning KAREEM BROWN and DAVON HINDS

  9.  Based on my review of employee records maintained by USPS, I know that KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant, has been employed by USPS from at least in or about September 2018 through at least in or about February 2023.

  10.  Based on my review of records maintained by USPS, I know that USPS records list a particular address as the mailing address ("BROWN's Address") for KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant.

  11.  Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of USPIS records, I know that an iPhone 13 with a particular international mobile equipment identity (IMEI) number ("HINDS's Cellphone") was seized from DAVON HINDS, the defendant, incident to HINDS's arrest on or about June 26, 2023. Also on June 26, 2023, HINDS signed a written "Consent to Search" waiver authorizing USPIS to conduct a complete search of HINDS's Cellphone.

  12.  Based on my review of HINDS's Cellphone, I know that HINDS's Cellphone includes contact information for an individual listed in HINDS's Cellphone as "Reem." Contact information from HINDS's Cellphone lists two phone numbers for "Reem," the first of which is Messenger-1's Phone Number and the second of which is a particular phone number ("Reem's Phone Number") serviced by a particular cell service provide ("Cell Service Provider-1").

  13.  Based on my review of records obtained from Cell Service Provider-1, I know that subscriber information associated with Reem's Phone Number lists the name "Kareem Brown" — *i.e.*, the name of KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant — as the name associated with the billing address for the Cell Service Provider-1 account associated with Reem's Phone Number. Accordingly, I believe that BROWN is the user of Reem's Phone Number and that BROWN and the individual saved in HINDS's Cellphone as "Reem" are the same person.[5]

  14.  Based on my review of records obtained from Mobile Payment Platform-1 and my review of HINDS's Cellphone, I know that DAVON HINDS is the user of a particular Mobile Payment Platform-1 account ("HINDS's Mobile Payment Account").

---

[5] Subscriber information associated with Reem's Phone Number obtained from Cell Service Provider-1 does not list a particular name as the subscriber of Reem's Phone Number.

15.     Based on my review of records obtained from Mobile Payment Platform-1, records from a commercial database of public and proprietary records, and HINDS's Cellphone, I have learned, among other things, the following:

      a.     Subscriber information associated with a particular Mobile Payment Platform-1 account that I believe to be used by KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant ("BROWN's Mobile Payment Account"), lists BROWN's Address as the account customer's address.

      b.     Subscriber information associated with BROWN's Mobile Payment Account lists certain "display names" historically associated with BROWN's Mobile Payment Account, including among others: "Peter Parker"; "Johnny Storm"[6]; and the name of a particular individual ("Victim-1") who is neither BROWN nor DAVON HINDS, the defendant.

      c.     The contents of HINDS's Cellphone include a photograph of a New York State Medicaid identification card (the "Medicaid ID"). Based on my comparison of the identifying information listed on the Medicaid ID with information concerning Victim-1 obtained from a commercial database of public and proprietary records, I know that the first and last names listed on the Medicaid ID are the same as Victim-1's first and last names, and that the date of birth listed on the Medicaid ID is the same as Victim-1's date of birth.

      d.     Subscriber information associated with BROWN's Mobile Payment Account lists Victim-1's name as the account's "identity verification name" and lists Victim-1's date of birth as the account subscriber's date of birth.

16.     Based on the foregoing, I believe that Victim-1's information was used to create BROWN's Mobile Payment Account but that KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant, is the user of BROWN's Mobile Payment Account.

### KAREEM BROWN Coordinated the June 26, 2023 Mail Theft Incident

17.     Based on my review of records obtained from Mobile Payment Platform-1 and HINDS's Cellphone, I have learned, among other things, the following:

      a.     On or about June 25, 2023, at approximately 12:34 a.m., KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant, sent DAVON HINDS, the defendant, a text message saying, in part: "Tomor need u to watch homie again with the mail box."

      b.     BROWN sent HINDS another text message shortly thereafter saying, in part: "Yea tomor night then I'll hit u in the am."

---

[6] Based on my participation in this investigation and my own research, I know that "Johnny Storm" is the name of the Marvel Comics character the "Human Torch," who appears primarily in the comic series "The Fantastic Four."

   c. On or about June 25, 2023, at approximately 1:35 p.m., a $20 payment was made from BROWN's Mobile Payment Account to HINDS's Mobile Payment Account.

   d. On or about June 25, 2023, at approximately 1:57 p.m., a second $20 payment was made from BROWN's Mobile Payment Account to HINDS's Mobile Payment Account.

   e. On or about June 26, 2023, at approximately 12:30 a.m., BROWN sent HINDS a text message saying, in part, "Come down." BROWN sent HINDS another text message shortly thereafter saying, in part: "Butta," followed by a certain phone number.

  18. Based on my review of HINDS's Cellphone, I know that, on or about June 26, 2023, at approximately 2:21 a.m. — *i.e.*, the approximate time of CC-1's arrest, when HINDS purportedly told his "brother" over the phone that CC-1 had been doing something at the Collection Box and gotten caught up — HINDS's Cellphone placed and received a series of three calls to or from Reem's Cellphone Number.[7]

  19. Based on the foregoing, I believe that "Butta" is CC-1. I further believe that KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant, is Messenger-1, *i.e.*, the individual who contacted DAVON HINDS, the defendant, on or about June 25 2023, and paid HINDS approximately $40 or $50 to give CC-1 approximately $10 in cash and to stand on the corner and watch CC-1 as he approached the Collection Box on or about June 26, 2023.

### Additional Mail Theft in or about June 2023

  20. Based on my review of HINDS's Cellphone, I believe that KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," and DAVON HINDS, the defendants, have been and are engaged in a broader scheme to steal mail. Specifically, based on my review of HINDS's Cellphone, I have learned, among other things, the following:

   a. On or about June 3, 2023, at approximately 9:58 p.m., BROWN sent HINDS two photographs via text message that, based on my training and experience, I believe to be screenshots of notes made using the application "Notes" (the "Collection Box Notes"). The Collection Box Notes list approximately 11 cross-street combinations corresponding with locations where, based on my training and experience, I know that USPS collection boxes are located.

   b. Also on or about June 3, 2023, beginning at approximately 10:13 p.m., BROWN sent a series of text messages to HINDS, saying, in part: "Bring ya scooter he ready . . . When u get out the train walk to 66th an Bway."

---

[7] The only other calls reflected in call records from HINDS's Cellphone on or about June 26, 2023, are calls between HINDS's Cellphone and two individuals saved in HINDS's Cellphone as "Arleen" and "Shirley." Accordingly, I do not believe that HINDS was, in fact, on the phone with his "brother" when explaining that CC-1 had been caught up; rather, I believe that HINDS was on the phone with KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," the defendant.

      c. Still on or about June 3, 2023, at approximately 11:06 p.m., BROWN sent a text message to HINDS, saying, in part: "Kopy his name butta he got a bike tall u can't miss him." HINDS responded at approximately 11:13 p.m., saying, in part: "He's not here . . . I don't see him." HINDS later messaged BROWN, in part: "Found him."

      d. On or about June 4, 2023, at approximately 12:01 a.m., HINDS sent a text message to BROWN, saying, in part: "Job almost done." Approximately 13 minutes later, HINDS sent another text message to BROWN saying, in part: "Job done."

      e. Also on or about June 4, 2023, at approximately 12:15 a.m., BROWN sent HINDS a text message saying, in part: "Was it a lot of mail or a lil bit?" HINDS sent BROWN a text message in response, saying, in part: "He got a sanctioned amount . . . He filled up the bag I gave him." BROWN responded to HINDS with a text message, saying, in part: "Ok . . . Let me kno when y'all get off the train imma come down stairs."

    WHEREFORE, I respectfully request that warrants be issued for the arrest of KAREEM BROWN, a/k/a "Reem," a/k/a "Peter Parker," a/k/a "Wolverine," a/k/a "Johnny Storm," and DAVON HINDS, the defendants, and that they be arrested, and imprisoned or bailed, as the case may be.

/s Leigh Messett  (By Court with Authorization)
_____
LEIGH MESSETT
Postal Inspector
United States Postal Inspection Service

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 27th day of November, 2023.

_____
THE HONORABLE SARAH L. CAVE
United States Magistrate Judge
Southern District of New York