UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/16/24
```

-------------------------------------------------------------------X
                  :
  UNITED STATES OF AMERICA,         :
                  :
        -against-        :      23-MG-7337 (VEC)
                  :        24-CR- __
  DAVON HINDS,            :
                  :      ORDER
            Defendant.   :
                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 16, 2024, the parties requested that the Court schedule an arraignment and plea conference for Mr. Hinds; and

WHEREAS the parties informed the Court that Mr. Hinds intends to waive indictment and to plead guilty to an Information.

IT IS HEREBY ORDERED that Mr. Hinds's arraignment and plea conference will be held on **Thursday, July 18, 2024 at 3:00 P.M.**  The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  July 16, 2024**
     **New York, NY**
                                   **VALERIE CAPRONI**
                                   **United States District Judge**
```