USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,           :
                                  :

          -against-            :          23-MG-7337 (VEC)
                                  :            24-CR-__

DAVON HINDS,                    :
                                  :          ORDER
                      Defendant.    :

                                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 18, 2024, Mr. Hinds appeared for a plea hearing, during which Mr.

Hinds waived indictment and pled guilty to the Information.

IT IS HEREBY ORDERED that Mr. Hinds must appear for sentencing on **November 6,**

**2024**, at **2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square,

New York, NY 10007. Sentencing submissions are due no later than **October 23, 2024**.


**SO ORDERED.**

Date:  **July 18, 2024**                _____
        **New York, NY**               **VALERIE CAPRONI**
                                      **United States District Judge**